```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 08968
    ANDREA WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7656

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/16/2007 and was confirmed 09/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG           .00             .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE           .00             .00            .00
CAPITAL ONE              UNSECURED           1782.72             .00         147.18
CAPITAL ONE              UNSECURED           1053.96             .00          87.01
DRS BONDED COLLECTION    UNSECURED         NOT FILED             .00            .00
NICOR GAS                UNSECURED           1980.38             .00         163.50
PARK DANSAN COLLECTIONS  UNSECURED         NOT FILED             .00            .00
PROFESSIONAL ACCOUNT MGM UNSECURED         NOT FILED             .00            .00
AFNI/VERIZON WIRELESS    UNSECURED           2751.20             .00         227.14
VERIZON WIRELESS         UNSECURED         NOT FILED             .00            .00
VERIZON WIRELESS         UNSECURED         NOT FILED             .00            .00
ASSET ACCEPTANCE LLC     UNSECURED            398.95             .00          27.00
BENNIE W FERNANDEZ       DEBTOR ATTY        2,523.00                        2,523.00
TOM VAUGHN               TRUSTEE                                              217.08
DEBTOR REFUND            REFUND                                                 6.33

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,398.24

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                             651.83
ADMINISTRATIVE                                      2,523.00
TRUSTEE COMPENSATION                                  217.08
DEBTOR REFUND                                           6.33
                         --------------       --------------
TOTALS                        3,398.24             3,398.24


               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 08968 ANDREA WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
Dated: 04/23/08                        _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```